UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| In re: | ) | ***ELECTRONICALLY FILED*** |
|---|---|---|
| MIKE ALVIN LOREG, IV, | ) | Bankruptcy No. 21-11139-7 |
| Debtor(s). | ) | |
| | ) | |

## ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICE

COMES NOW, Eric D. Bruce of Bruce & Lehman, L.L.C., enters his appearance herein on behalf of Golden Plains Credit Union and requests that he receive all notices in the above captioned case, pursuant to Federal Rule of Bankruptcy Procedure 2002(G).

Respectfully submitted,

BRUCE & LEHMAN, L.L.C.
*s/ Eric D. Bruce*
ERIC D. BRUCE, #9438
P.O. Box 75037
Wichita, KS 67275-5037
Telephone: (316) 264-8000
Facsimile: (316) 267-4488
EBruce@KsAdvocates.com
Attorney for Golden Plains Credit Union

## CERTIFICATE OF SERVICE

I certify that on this January 4, 2022, the Entry of Appearance was served on Dana Manweiler Milby and Darcy D. Williamson as shown on the Notice of Electronic Filing generated by the Clerk's office, at the filing of this document.

*s/ Eric D. Bruce*
ERIC D. BRUCE, #9438

5