Appendix 1-01 to LBR 1009.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re: )
MIKE LOREG, IV )
)
)
)
) Case No. 21-11139
Debtor(s) )

**NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H**
**(ADDITION OF CREDITOR(S))**

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor(s)' counsel shall also separately provide you a copy of the debtor(s)' full social security number.

1. Creditor (name and address): <u>See attached</u>
2. Claim (amount owed, nature of claim, date incurred): <u>See attached</u>
3. This claim has been scheduled as (Check one box):

    ☐ secured; ☐ priority; ☒ general unsecured.

4. Trustee, if one has been appointed: <u>Darcy D. Williamson, 1109 SW Westside Dr Topeka, KS 66615</u>
5. Original deadline for filing proofs of claims: _____
6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. Sec. 523, 727

    [Date]: <u>4/4/22</u>

    **or**

    ☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

s/ Dana Manweiler Milby
**Attorney for Debtor(s)**
**Dana Manweiler Milby 15497**
**300 West Douglas Ave Ste 600**
**Wichita, KS 67202**

Certificate of Service: I, Dana Manweiler Milby, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on, March 30, 2022.

s/ Dana Manweiler Milby
(Signature above)
***

As amended 10/17/2005.

C Bar P Trucking Inc
co Nicole A Sawyer
6803 W Taft Ave Suite 301
Wichita KS 67209


Edgar Morales
1639 N Harlan
Wichita KS 67212